UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE BASANTES ANDRADE,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, et al.<br><br>Defendants. | Case No.: 2:22-cv-06516-MCA-ESK<br>Honorable Madeline Cox Arleo<br>Honorable Edward S. Kiel |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Catherine Basantes Andrade, and Defendants, GEICO Indemnity Company and Government Employees Insurance Company, by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the **DISMISSAL WITH PREJUDICE** of all claims in Plaintiff's Complaint. The parties will each bear their own attorneys' fees and costs.

Respectfully submitted by,

By: _____
Barry J. Gainey
Gainey McKenna & Egleston
375 Abbott Road
Paramus, New Jersey 07562
bgainey@gme-law.com
(t): (201) 225-9001

*Counsel for Plaintiff Catherine Basantes Andrade*

By: _____
Curtis J. Turpan
Harwood Lloyd, LLC
130 Main Street
Hackensack, New Jersey 07601
cturpan@harwoodlloyd.com
(t): (201) 359-3675

*Counsel for Defendants GEICO Indemnity Company and Government Employees Insurance Company*

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:  7/27/23

{05178808_1}